# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DAREN Q. KITCHEN

NO. 2022 KW 0453

JULY 18, 2022

---

In Re:   Daren Q. Kitchen, applying for supervisory writs, 17th
Judicial District Court, Parish of Lafourche, No.
512,285.

---

**BEFORE:   HOLDRIDGE, PENZATO, AND LANIER, JJ.**

**WRIT GRANTED.** Relator represents that the district court has failed to timely act on his application for postconviction relief, filed on or about December 27, 2019. If the district court has not already done so, it is ordered to act on the application for postconviction relief by or before September 22, 2022, and to provide this court with a copy of its ruling by September 29, 2022.

GH
AHP
WIL

COURT OF APPEAL, FIRST CIRCUIT

_a.Sn_

DEPUTY CLERK OF COURT
FOR THE COURT